IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action Number 06-cv-02550-RPM

EVERETTE CHARTIER,

        Plaintiff,

v.

R. W. BECK, INC.,

        Defendant.

_____

ORDER DENYING MOTION TO DISMISS
_____

        On February 16, 2007, the defendant filed a motion to dismiss the plaintiff's fourth and fifth claims for relief under Fed.R.Civ.P. 12(b)(6). Those are Colorado common law claims for retaliation for employment of legal counsel in a dispute arising out of termination of employment and for breach of fiduciary duty to a minority shareholder. The parties have submitted briefs with respect to whether such claims are recognized in Colorado. Because the scope of claims for wrongful discharge in violation of public policy and breach of fiduciary duty to a minority shareholder has not been clearly identified by the Colorado courts, this Court is unable to say at this stage of this civil action that the plaintiff can prove no facts that may come within such ill-defined legal concepts. It does not appear that the dismissal of these two claims will affect discovery and the preparation for trial in this case, making it unnecessary for this Court at this time to attempt a clarification of uncertain law. It is therefore

        ORDERED that the defendant's motion to dismiss the fourth and fifth claims for relief is denied.

        DATED: April 17th, 2007.

BY THE COURT:

s/Richard P. Matsch
_____
Richard P. Matsch, Senior Judge