IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-CV-02550-RPM-BNB

EVERETTE CHARTIER,

    Plaintiff,

v.

R.W. BECK, INC.,

    Defendant.

_____

ORDER
_____

This matter comes before the Court on the parties' Stipulated Motion for Dismissal with Prejudice. The Court, having reviewed the stipulated motion and finding itself fully advised in the premises, for good cause shown hereby grants the motion. This action is dismissed with prejudice, with each party to bear his or its own attorney fees and costs.

DATED: October 1st , 2007.

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior Judge